UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ABDIRIZAK ABDIYOW,

        Petitioner,        Case No. 1:25-cv-172

v.        Honorable Phillip J. Green

MICHELLE LAJOYE-YOUNG,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:  March 26, 2025        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge