UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ABDIRIZAK ABDIYOW,

                Petitioner,           Case No. 1:25-cv-172

v.                                Honorable Phillip J. Green

MICHELLE LAJOYE-YOUNG,

                Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED**

**WITHOUT PREJUDICE** for lack of exhaustion of available state-court remedies.

Dated:  March 26, 2025               /s/ Phillip J. Green
                                   PHILLIP J. GREEN
                                   United States Magistrate Judge